## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

_____

| | | |
|---|---|---|
| **MAURICE E. STOCKS,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION FILE NO.** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **JAMISON JOHNSON,** | * | |
| **Individually As Sheriff Deputy** | * | |
| **for Floyd County AND John Doe** | * | |
| **(1-3) Officers unknown to the** | * | |
| **Plaintiff at this time,** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 16th day of September, 2020, JAMISON JOHNSON,[1] the Defendant named in the above-styled action (hereinafter referred to as "Defendant"), by and through counsel, hereby removes the action entitled *MAURICE E. STOCKS V. JAMISON JOHNSON, Individually As Sheriff Deputy for Floyd County AND John Doe (1-3) Officers unknown to the Plaintiff at this time*, Civil Action File No. 20CV01257JFL002, presently pending in the Superior Court of Floyd County, State of Georgia. In support of removal, Defendant states as follows:

_____

[1] Defendant's name is actually Johnston.

1

1.   On or about July 27, 2020, Plaintiff Maurice E. Stocks ("Plaintiff") commenced an action by submitting for filing a Complaint in the Superior Court of Floyd County, State of Georgia, Civil Action File No. 20CV01257JFL002.

2.   On or about August 18, 2020, a copy of the Complaint and Summons issued by the Superior Court of Floyd County, State of Georgia, were delivered to Defendant.

3.   In accordance with 28 U.S.C. § 1446(a), attached hereto as "Exhibit A," is all of the process, pleadings, and orders that have been received by Defendant in this action to date.

4.   On September 14, 2020, Defendant filed an Answer in the action commenced by the Plaintiff in the Superior Court of Floyd County, Georgia. *See* Exhibit B.

5.   In his Complaint, Plaintiff asserts, *inter alia*, a claim for a violation of Plaintiff's rights under the Fourth and Fourteenth Amendments of the United States Constitution under 42 U.S.C. § 1983. (*See* Complaint.)

6.   This court has original jurisdiction pursuant to 28 U.S.C. § 1331, and the case is therefore removable pursuant to 28 U.S.C. § 1441(a).

7.   Venue is proper in this district because the Northern District of Georgia embraces Floyd County, Georgia where the original lawsuit is pending

pursuant to 28 U.S.C. § 1441(a).

8.      Pursuant to 28 U.S.C. § 1446(b), Defendant is filing this Notice of Removal with this Court, within 30 days of receipt of the Complaint by Defendant.

9.      A Notice to State Court of Removal to Federal Court is being filed with the Superior Court of Floyd County, Georgia. A true and correct copy of said Notice is attached hereto as "Exhibit C."

10.     This Notice of Removal is hereby signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

11.     Defendant hereby notifies this Honorable Court, and by service of this Notice of Removal on all parties to the suit originally brought in state court, that he hereby removes the case filed in state court to the United States District Court for the Northern District of Georgia, Rome Division.

WHEREFORE, Defendant respectfully requests that this Notice of Removal be deemed good and sufficient, and that proceedings attached hereto be removed from the Superior Court for the County of Floyd, State of Georgia, to the docket of this Honorable Court.

Respectfully submitted this 16th day of September, 2020.

WOMACK, RODHAM & RAY, P.C.

*/s/ Ronald R. Womack*
RONALD R. WOMACK
Georgia Bar No. 773650

*/s/ Steven M. Rodham*
STEVEN M. RODHAM
Georgia Bar No. 611404

109 East Patton Avenue
P.O. Box 549
LaFayette, Georgia 30728
706/638-2234                    ATTORNEYS FOR DEFENDANT

4

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 16, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

C. Victor Long
P.O. Box 310928
Atlanta, GA 30331

Kamau K. Mason
3036 Woodrow Drive
Lithonia, GA 30038

/s/ Steven M. Rodham
STEVEN M. RODHAM
Georgia Bar No. 611404

109 East Patton Avenue
P.O. Box 549
LaFayette, Georgia 30728
706/638-2234                    ATTORNEYS FOR DEFENDANT

5